# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00206-CV

**Texas Department of Public Safety; Steve McGraw, in his Official Capacity as Director of the Texas Department of Public Safety Commission; and Allan B. Polunsky, in his Official Capacity as Chairman of the Public Safety Commission, Appellants**

**v.**

**Miguel Salazar; Edgar Soria; Francisco Avila Trejo; Green Meadows Landscaping, Inc.; Merida Flores; Nader Dalo; Godofredo A. Orellana; and Ruwaidha Liwaza, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-09-000273, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

Because I would request a response before ruling on appellees' emergency motion for dismissal of this interlocutory appeal, I respectfully dissent. *See* Tex. R. App. P. 10.3. According to appellees' motion, the deadlines in the underlying proceeding at issue are April 27, 2011, for a hearing on dispositive motions, and the trial setting of May 9, 2011. Given these dates, I would give appellants an opportunity to respond before ruling on the merits of the motion.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Filed: April 14, 2011